IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SAMUEL NUCKOLLS**                                                  **PETITIONER**

**v.**                                                                    **No. 3:17CV46-MPM-RP**

**PELICIA HALL, ET AL.**                                             **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 24th day of March, 2020.

                                                     **/s/** Michael P. Mills
                                                     **UNITED STATES DISTRICT JUDGE**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**